Dennis R. Thelen, SBN 83999
Kevin E. Thelen, SBN 252665
LeBeau • Thelen, LLP
5001 East Commercenter Drive, Suite 300
Post Office Box 12092
Bakersfield, California 93389-2092
(661) 325-8962; Fax (661) 325-1127

Attorneys for Defendant, COUNTY OF TULARE and STEVEN HENRY (erroneously sued herein as "PHYSICIANS ASSISTANT HENRY")

# THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY Y. EARP,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF TULARE, PHYSICIANS ASSISTANT HENRY, and DOES 1-25,<br><br>Defendants. | CASE NO.: 1:11-CV-00196-MJS<br><br>**JOINT STIPULATION OF THE PARTIES; ORDER**<br><br><br>Case Filed:   February 3, 2011<br>Trial Date:   June 26, 2012<br>Magistrate:   Michael J. Seng |

The parties to the above referenced action, subject to the Court's approval, hereby stipulate to the following:

WHEREAS the parties desire to continue expert discovery related dates contained within the Court's July 1, 2011 Scheduling Conference Order;

WHEREAS the parties have been diligent in conducting discovery, however the plaintiff's status as an incarcerated individual has frustrated efforts at timely fact discovery which will be necessary for expert witness review in addition to counsel for defendants' multiple trial commitments in the past two months as well as anticipated in the following two months;

1
**JOINT STIPULATION OF THE PARTIES; [PROPOSED] ORDER**

1   The parties HEREBY AGREE, subject to the Court's approval, to modify the fact
2   discovery and expert discovery related dates contained in the Court's Scheduling Conference
3   Order dated July 1, 2011 as follows:
4   1.   Initial expert witness disclosure for both the plaintiff and defendants, previously set
5        for
6   November 15, 2011, shall be continued to **December 16, 2011**
7   2.   Supplemental expert witness disclosure, previously set for December 15, 2011, shall
8        be
9   continued to **January 16, 2012**.

The parties also HEREBY AGREE, subject to the Court's approval, that the following dates, contained in the Court's Scheduling Conference Order dated July 1, 2011 remain as follows:

1. The cut-off for expert discovery shall remain February 1, 2012
2. The cut-off for fact discovery shall remain February 1, 2012
3. The deadline for filing dispositive motions shall remain February 1, 2012
4. The deadline for filing non-dispositive motions shall remain February 1, 2012
5. The Pre-Trial Conference shall remain June 1, 2012
6. The trial date shall remain June 26, 2012.

Dated: October 31, 2011

Respectfully submitted,
LeBEAU-THELEN, LLP

By: ___/s/  KEVIN E. THELEN___
KEVIN E. THELEN
Attorneys for Defendants COUNTY OF
TULARE and STEVEN HENRY

Dated: October 31, 2011

BOURDETTE AND PARTNERS

By: ___/s/  PHILIP BOURDETTE___
PHILIP BOURDETTE

2
**JOINT STIPULATION OF THE PARTIES; [PROPOSED] ORDER**

|    | |
|----|---|
| 1  | Attorneys for Plaintiff<br>DONNY Y. EARP |

4  **ORDER**

7  IT IS SO ORDERED.

9  Dated:   October 31, 2011          /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE