Dennis R. Thelen, SBN 83999
Kevin E. Thelen, SBN 252665
LeBeau • Thelen, LLP
5001 East Commercenter Drive, Suite 300
Post Office Box 12092
Bakersfield, California 93389-2092
(661) 325-8962; Fax (661) 325-1127

Attorneys for Defendant, COUNTY OF TULARE and STEVEN HENRY (erroneously sued herein as "PHYSICIANS ASSISTANT HENRY")

# THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY Y. EARP,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF TULARE, PHYSICIANS ASSISTANT HENRY, and DOES 1-25,<br><br>    Defendants. | CASE NO.: 1:11-CV-00196-MJS<br><br>**JOINT STIPULATION OF THE PARTIES; ORDER**<br><br>Case Filed:   February 3, 2011<br>Trial Date:    June 26, 2012<br>Magistrate:   Michael J. Seng |

The parties to the above referenced action, subject to the Court's approval, hereby stipulate to the following:

WHEREAS the parties have recently stipulated and the Court has ordered a change in the expert discovery disclosure dates in this case;

WHEREAS certain retained experts in this case have informed counsel who retained them that significant difficulty, time, and expense will be encountered if the experts are required to generate a report setting forth details regarding their prior deposition testimony and prior trial testimony as required by Federal Rules of Civil Procedure Rule 26, as such reports are not currently in existence at this time;

///

///

///

1
**JOINT STIPULATION OF THE PARTIES; ORDER**

The parties HEREBY AGREE, subject to the Court's approval, to modify the expert witness disclosure requirements under Federal Rules of Civil Procedure Rule 26 as follows: :

    1.    No expert witness designation by either plaintiff or defendants will be required to include a list or report from each expert witness setting forth details regarding their prior deposition testimony and prior trial testimony for the past four years as required by Federal Rules of Civil Procedure Rule 26.

SO STIPULATED.

                                           Respectfully submitted,

Dated: November 2, 2011              LeBEAU-THELEN, LLP

                                           By:    /s/ KEVIN E. THELEN
                                                      KEVIN E. THELEN
                                                      Attorneys for Defendants COUNTY OF TULARE and STEVEN HENRY

Dated: November 2, 2011              BOURDETTE AND PARTNERS

                                           By:    /s/ PHILIP BOURDETTE
                                                      PHILIP BOURDETTE
                                                      Attorneys for Plaintiff DONNY Y. EARP

**ORDER**

IT IS SO ORDERED.

Dated:   November 2, 2011               /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE