Dennis R. Thelen, SBN 83999
Kevin E. Thelen, SBN 252665
LeBeau • Thelen, LLP
5001 East Commercenter Drive, Suite 300
Post Office Box 12092
Bakersfield, California  93389-2092
(661) 325-8962; Fax (661) 325-1127

Attorneys for Defendant, COUNTY OF TULARE and STEVEN HENRY (erroneously sued herein as "PHYSICIANS ASSISTANT HENRY")

# THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY Y. EARP,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF TULARE, PHYSICIANS ASSISTANT HENRY, and DOES 1-25,<br><br>        Defendants. | CASE NO.: 1:11-CV-00196-MJS<br><br>**JOINT STIPULATION OF THE PARTIES; ORDER**<br><br>Case Filed:   February 3, 2011<br>Trial Date:    June 26, 2012<br>Magistrate:  Michael J. Seng |

The parties to the above referenced action, subject to the Court's approval, hereby stipulate to the following:

WHEREAS the parties desire to allow for more time to schedule expert witness deposition than the time frame set out within the Court's July 1, 2011 Scheduling Conference Order;

WHEREAS the parties have been diligent in conducting discovery, however the designated expert witness' respective schedules make it difficult for a mutually agreeable date for all involved witnesses and parties to be present before the current expert witness discovery deadline;

The parties HEREBY AGREE, subject to the Court's approval, to modify the expert discovery cutoff date contained in the Court's Scheduling Conference Order dated July 1, 2011 as follows:

1.    The parties will have the right to conduct expert witness depositions up to an including March 1, 2012.  The current expert discovery cut-off date of February 1, 2012 is hereby vacated;

The parties also HEREBY AGREE, subject to the Court's approval, that the following dates, contained in the Court's Scheduling Conference Order dated July 1, 2011 remain as follows:

1. The cut-off for fact discovery shall remain February 1, 2012
2. The deadline for filing dispositive motions shall remain February 1, 2012
3. The deadline for filing non-dispositive motions shall remain February 1, 2012
4. The Pre-Trial Conference shall remain June 1, 2012
5. The trial date shall remain June 26, 2012.

The parties further agree that this stipulation may be executed in counterpart and/or facsimile.

Respectfully submitted,

Dated: January 11, 2012                     LeBEAU-THELEN, LLP

By:     /s/  KEVIN E. THELEN
KEVIN E. THELEN
Attorneys for Defendants COUNTY OF
TULARE and STEVEN HENRY


Dated: January 11, 2012                     BOURDETTE AND PARTNERS

By:     /s/  PHILIP BOURDETTE
PHILIP BOURDETTE
Attorneys for Plaintiff
DONNY Y. EARP


**ORDER**

**For good cause shown, the parties' stipulation is approved.**

IT IS SO ORDERED.

Dated:   January 11, 2012            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE