1  Dennis R. Thelen, SBN 83999
   Kevin E. Thelen, SBN 252665
2  LeBeau • Thelen, LLP
   5001 East Commercenter Drive, Suite 300
3  Post Office Box 12092
   Bakersfield, California  93389-2092
4  (661) 325-8962; Fax (661) 325-1127

5  Attorneys for Defendant, COUNTY OF TULARE and
   STEVEN HENRY (erroneously sued herein as "PHYSICIANS
6  ASSISTANT HENRY")

7

8            THE UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11 DONNY Y. EARP,                           CASE NO.: 1:11-CV-00196-MJS

12          Plaintiff,                       **STIPULATION AND [PROPOSED]
                                            ORDER RE: CONTINUE HEARING ON
13 vs.                                      DEFENDANTS' MOTION FOR
                                            EVIDENTIARY SANCTIONS AND
14 COUNTY OF TULARE, PHYSICIANS             MOTION FOR SUMMARY
   ASSISTANT HENRY, and DOES 1-25,          JUDGMENT**
15
          Defendants.                       Case Filed:    February 3,2011
16                                           Trial Date:    June 26, 2012
                                            Magistrate:    Michael J. Seng
17

18

19

20       The parties to the above referenced action, by and through their counsel and subject to this

21 Court's approval, hereby stipulate to the following:

22       WHEREAS the parties jointly desire to continue the currently set date and time for hearing on

23 defendants' Motion for Evidentiary Sanctions and Motion for Summary Judgment or, in the alternative,

24 Summary Adjudication from its current date and time of Friday, March 9, 2012 at 9:30 a.m. in

25 Department 6 of the United States District Court, Eastern District of California;

26       WHEREAS the parties agree that good cause exists for this continuance as counsel of record for

27 defendants, Kevin E. Thelen, Esq., has just experienced the birth of his first child, a baby boy named

28 Avery Quinn Thelen, on February 26, 2012 at 12:28 a.m. and is currently taking time off of work to be

**STIPULATION AND ORDER RE: CONTINUE HEARING ON DEFENDANTS' MOTION FOR
EVIDENTIARY SANCTIONS AND MOTION FOR SUMMARY JUDGMENT**

1   with his newborn son;

2        THE PARTIES HEREBY AGREE, subject to the Court's approval, to continue the hearing date

3   for defendants' Motion for Evidentiary Sanctions and Motion for Summary Judgment from Friday,

4   March 9, 2012 at 9:30 a.m. to **Friday, March 23, 2012 at 9:30 a.m.** in the same Courtroom and

5   Courthouse.

6        THE PARTIES HEREBY FURTHER AGREE, subject to the Court's approval, to continue the

7   date required by defendants to provide a reply/response to plaintiff's Opposition to Motion for

8   Evidentiary Sanctions and Motion for Summary Judgment from the close of business on Friday, March

9   2, 2012 to the close of business on **Friday, March 9, 2012** secondary to the good cause previously

10  stated.

11       Respectfully submitted,

12

13  Dated: <u>March 2, 2012</u>                    LeBEAU-THELEN, LLP

14

15                                               By:____/s/  KEVIN E. THELEN_____
                                                    KEVIN E. THELEN
16                                                  Attorneys for Defendants COUNTY OF
                                                    TULARE and STEVEN HENRY
17

18

19  Dated: <u>March 2, 2012</u>                    LeBEAU-THELEN, LLP

20

21                                               By:____/s/ PHILIP BOURDETTE_____
                                                    PHILIP BOURDETTE
22                                                  Attorneys for Plaintiff DONNY Y. EARP

23                                  **ORDER**

24

25

26  IT IS SO ORDERED.

27  Dated:   March 2, 2012          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE
28

**STIPULATION AND ORDER RE: CONTINUE HEARING ON DEFENDANTS' MOTION FOR
EVIDENTIARY SANCTIONS AND MOTION FOR SUMMARY JUDGMENT**