Dennis R. Thelen, SBN 83999
Kevin E. Thelen, SBN 252665
LeBeau • Thelen, LLP
5001 East Commercenter Drive, Suite 300
Post Office Box 12092
Bakersfield, California 93389-2092
(661) 325-8962; Fax (661) 325-1127

Attorneys for Defendant, COUNTY OF TULARE and STEVEN HENRY (erroneously sued herein as "PHYSICIANS ASSISTANT HENRY")

# THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY Y. EARP,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF TULARE, PHYSICIANS ASSISTANT HENRY, and DOES 1-25,<br><br>    Defendants. | CASE NO.: 1:11-CV-00196-MJS<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CONTINUE HEARING ON DEFENDANTS' MOTION FOR EVIDENTIARY SANCTIONS AND MOTION FOR SUMMARY JUDGMENT**<br><br>Case Filed:   February 3,2011<br>Trial Date:    June 26, 2012<br>Magistrate:   Michael J. Seng |

The parties to the above referenced action, by and through their counsel and subject to this Court's approval, hereby stipulate to the following:

WHEREAS the parties jointly desire to continue the currently set date and time for hearing on defendants' Motion for Evidentiary Sanctions and Motion for Summary Judgment or, in the alternative, Summary Adjudication from its current date and time of Friday, March 9, 2012 at 9:30 a.m. in Department 6 of the United States District Court, Eastern District of California;

WHEREAS the parties agree that good cause exists for this continuance as counsel of record for defendants, Kevin E. Thelen, Esq., has just experienced the birth of his first child, a baby boy named Avery Quinn Thelen, on February 26, 2012 at 12:28 a.m. and is currently taking time off of work to be

1  with his newborn son;

2  THE PARTIES HEREBY AGREE, subject to the Court's approval, to continue the hearing date
3  for defendants' Motion for Evidentiary Sanctions and Motion for Summary Judgment from Friday,
4  March 9, 2012 at 9:30 a.m. to **Friday, March 23, 2012 at 9:30 a.m.** in the same Courtroom and
5  Courthouse.

6  THE PARTIES HEREBY FURTHER AGREE, subject to the Court's approval, to continue the
7  date required by defendants to provide a reply/response to plaintiff's Opposition to Motion for
8  Evidentiary Sanctions and Motion for Summary Judgment from the close of business on Friday, March
9  2, 2012 to the close of business on **Friday, March 9, 2012** secondary to the good cause previously
10 stated.

11 Respectfully submitted,

13 Dated: March 2, 2012                               LeBEAU-THELEN, LLP

15                                                   By:     /s/ KEVIN E. THELEN
                                                     KEVIN E. THELEN
16                                                   Attorneys for Defendants COUNTY OF
                                                     TULARE and STEVEN HENRY

19 Dated: March 2, 2012                               LeBEAU-THELEN, LLP

21                                                   By:     /s/ PHILIP BOURDETTE
                                                     PHILIP BOURDETTE
22                                                   Attorneys for Plaintiff DONNY Y. EARP

23                                        **ORDER**

26 IT IS SO ORDERED.

27 Dated:   March 2, 2012                            /s/ *Michael J. Seng*
                                                     UNITED STATES MAGISTRATE JUDGE
28

**STIPULATION AND ORDER RE: CONTINUE HEARING ON DEFENDANTS' MOTION FOR
EVIDENTIARY SANCTIONS AND MOTION FOR SUMMARY JUDGMENT**